HOLLAND & KNIGHT LLP
Michael J. Frevola
Chiara D. Kalogjera-Sackellares
787 Seventh Avenue
New York, New York 10019
michael.frevola@hklaw.com
chiara.sackellares@hklaw.com
Telephone: 212.513.3200
Fax: 212.385.9010

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Pennantia, LLC,<br>RCM 252, LLC,<br>Susan Rose, LLC,<br>RCM 250, LLC,<br>Jordan Rose, LLC,<br>RCM 260, LLC, and<br>RCM 262, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>*Tank Barge RCM 252* (Official #1292046),<br>*Tug SUSAN ROSE* (Official #1282121),<br>*Tank Barge RCM 250* (Official #1235496),<br>*Tug JORDAN ROSE* (Official #1234828),<br>*Tank Barge RCM 260* (Official #1210060), and<br>*Tank Barge RCM 262* (Official #1216336),<br>their engines, tackle, appurtenances, etc., *in rem*,<br><br>Defendants. | In Admiralty<br><br>Case No. - CV - _____<br><br>**PLAINTIFFS' EX PARTE MOTION TO APPOINT SUBSTITUTE CUSTODIAN** |

Plaintiffs Pennantia, LLC, RCM 252, LLC, Susan Rose, LLC, RCM 250, LLC, Jordan Rose, LLC, RCM 260, LLC, and RCM 262, LLC (collectively, "Plaintiffs"), by and through their

attorneys Holland & Knight LLP, move this Court for an Order appointing National Maritime Services, Inc. as substitute custodian for the *in rem* Defendants *Tank Barge RCM 252* (Official #1292046), *Tug SUSAN ROSE* (Official #1282121), *Tank Barge RCM 250* (Official #1235496), *Tug JORDAN ROSE* (Official #1234828), *Tank Barge RCM 260* (Official #1210060), and *Tank Barge RCM 262* (Official #1216336) (collectively, the "Vessel Defendants"). As grounds for the motion, Plaintiffs state as follows:

1. The United States Marshal for the Eastern District of New York has been directed by the clerk of this court to seize the *in rem* Defendants *Tank Barge RCM 252* (Official #1292046), *Tug SUSAN ROSE* (Official #1282121), *Tank Barge RCM 250* (Official #1235496), *Tug JORDAN ROSE* (Official #1234828), *Tank Barge RCM 260* (Official #1210060), and *Tank Barge RCM 262* (Official #1216336) pursuant to a Warrant of Arrest issued by the clerk. The Marshal expects soon to be in custody of such Vessels, which are currently, or will soon be, located within the Port of New York, New York. The United States Marshal for the Eastern District of New York has no facilities for the custody or fleeting of these Vessels and a substitute custodian will be required.

2. National Maritime Services, Inc. has access to facilities for fleeting and custody of the *in rem* Defendants *Tank Barge RCM 252* (Official #1292046), *Tug SUSAN ROSE* (Official #1282121), *Tank Barge RCM 250* (Official #1235496), *Tug JORDAN ROSE* (Official #1234828), *Tank Barge RCM 260* (Official #1210060), and *Tank Barge RCM 262* (Official #1216336) and is willing to act as substitute custodian at an estimated rate of ▇▇▇ per Vessel one-time mobilization charge (discounted if Vessels are found to be in the same location) and ▇▇▇ per day thereafter (assuming that all six Vessel Defendants are in custody at the same time), which shall include a full-time on-board watchman, plus a ▇▇▇ handling fee applied to all third-party

2

charges. The third-party charges are anticipated to be repatriation travel, dockage, crew pay, fuel, and power, as applicable.

3. In order to accomplish the Plaintiffs' request for access to the Vessel Defendants pursuant to Supplemental Rule D to inspect/survey each of the Vessel Defendants for potential sale, as well as to obtain documents, records, and information related to the Vessel Defendants, Plaintiffs request that the Court order that Plaintiffs and their designees (such as inspectors, surveyors, and other potential representatives of prospective purchasers) be given unfettered access to (a) the Vessel Defendants and (b) to all documents, records and information appurtenant to, or constituting maritime property, related to the Vessel Defendants.

4. It is anticipated that one or more of the Vessel Defendants might need to handle cargo and/or move within the Port of New York while under arrest. Plaintiffs request that – at the risk and expense of the Vessel Defendants' interests, normal operations, including cargo handling, may continue aboard the Vessel Defendants, and that the Vessel Defendants may shift to another berth or anchorage within the Port of New York.

Plaintiffs request that the Court appoint National Maritime Services, Inc. as substitute custodian of the *in rem* Defendants *Tank Barge RCM 252* (Official #1292046), *Tug SUSAN ROSE* (Official #1282121), *Tank Barge RCM 250* (Official #1235496), *Tug JORDAN ROSE* (Official #1234828), *Tank Barge RCM 260* (Official #1210060), and *Tank Barge RCM 262* (Official

#1216336) until further order, to become effective after the United States Marshal has seized the Vessels and has conducted an inventory of the Vessels.

Dated: New York, New York
　　　　March 27, 2025

　　　　　　　　　　　　　　　　　HOLLAND & KNIGHT LLP

　　　　　　　　　　　　　　　　　*/s/ Chiara D. Kalogjera-Sackellares*
　　　　　　　　　　　　　　　　　Michael J. Frevola
　　　　　　　　　　　　　　　　　Chiara D. Kalogjera-Sackellares
　　　　　　　　　　　　　　　　　787 Seventh Avenue
　　　　　　　　　　　　　　　　　New York, New York 10019
　　　　　　　　　　　　　　　　　michael.frevola@hklaw.com
　　　　　　　　　　　　　　　　　chiara.sackellares@hklaw.com
　　　　　　　　　　　　　　　　　Telephone: 212.513.3200
　　　　　　　　　　　　　　　　　Fax: 212.385.9010

　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs*